**Robert Joseph FIORE, II,
Plaintiff–Appellant,**

v.

**Captain MILEM, Defendant–Appellee,**

and

**Rowan County Sheriff's Department;
Unknown Mail Room Personnel,
Defendants.**

No. 17-6379

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

Robert Joseph Fiore, II, Appellant Pro Se. Bradley O. Wood, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Joseph Fiore, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fiore v. Milem*, No. 1:14-cv-00731-LCB-JEP, 2017 WL 943944 (M.D.N.C. Mar. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*